WISTAR M. HEALD, Respondent, *v.* MARDEN, ORTH & HASTINGS COMPANY, INC., Appellant.

*Specific performance — action to compel specific performance of contract to purchase land — defense that title was not in plaintiff but in a corporation of which he was president.*

Heald v. Marden, Orth & Hastings Co., Inc., 192 App. Div. 956, affirmed.

(Argued March 14, 1922; decided April 18, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to compel specific performance of an alleged contract to purchase land. The defense was that the plaintiff had no title to the land which he contracted to convey. Plaintiff, the president of a corporation, contracted to sell to defendant the land and plant of the corporation. The contract stated that title was in the corporation. Thereafter the directors and stockholders of the corporation confirmed the sale and within the time specified in the contract a deed of the corporation conveying the property was tendered to the defendant.

*Edward N. Perkins* for appellant.

*Walter H. Pollak, Frederic C. Pitcher* and *Ruth I. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.